UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FABIAN POZOS, <br><br> Petitioner, <br><br> v. <br><br> H.B. ANGLEA, <br><br> Respondent. | No. 2:18-cv-0856-TLN-EFB P <br><br><br> ORDER |

Petitioner is a state prisoner without counsel seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On September 7, 2018, petitioner requested an extension of time to file his opposition to respondent's June 27, 2018 motion to dismiss.

Good cause appearing, it is ORDERED that petitioner's request (ECF No. 16) is granted and petitioner has 30 days from the date this order is served to file his opposition.

Dated: September 13, 2018.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE